In The

# United States District Court

### For the

## District of Columbia

333 Constitution Avenue, NW, Washington DC, 20001

Civil Case No. _

Case: 1:25-cv-00560 JURY DEMAND
Assigned To : Ali, Amir H.
Assign. Date : 2/25/2025
Description: Pro Se Gen. Civ. (F-DECK)

*Plaintiff*

Adaeze Nwosu,

7011 Calamo Street, Suite 112, Springfield, Virginia, 22150

ireoma@gmail.com, +12028554226

vs.

*Defendants*

1. The Federal Bureau of Intelligence
*935 Pennsylvania Ave., NW, Washington, DC 20535-0001*

2. The Department of Homeland Security
*Office of the General Counsel*
*245 Murray Lane, SW, Mail Stop 0485.*
*Washington, DC 20528-0485*

3. Scott Harris
*One First Street, NE, in Washington, DC, 20001*

4. Robert Meek
*One First Street, NE, in Washington, DC, 20001*

5. Yale University
*Office of General Counsel, 55 Whitney Ave., 5th Floor, New Haven, 06510, Connecticut, United States*

6. Chris Van Hollen
*730 Hart Senate Office Building Washington, DC 20510*

7. United States of America
*601 D Street, NW,*
*Washington, DC, 20530-0034*

8. The New York Times Company
*c/o reigstered agent*
*Corporation service company*
*80 State Street, Albany, New York, 12207*

1

## Complaint for Monetary Damages

### Parties

*Plaintiff*

Adaeze Nwosu,

*Defendants*
1. The Federal Bureau of Intelligence
2. The Department of Homeland Security
3. Scott Harris
4. Robert Meek
5. Yale University
6. Senator Chris Van Hollen
7. United States of America

### Jurisdiction

A majority of the defendants reside within the District of Columbia and/or have significant minimum contacts operating within the District of Columbia.

### First Claim for Relief – Fraud against defendant 3 and 4

The plaintiff brings the first claim for fraud against defendants 3 and 4. On 14 February 2025, both defendants acknowledged receipt of the plaintiff's petition to the Supreme court, with case 2:24-CV-09100-SPG-SSC under rule 18, the cover sheet herein listed, yet they wrote a fraudulent letter to the plaintiff, cherrypicking a part of the appeal, to intentionally misrepresent the plaintiff's appeal so as to feign having

the discretion to not docket the appeal. This is not the first time this happened: in August 2024, both defendants repeated the same fraudulent behavior, misrepresenting that a writ of certiorari is not an extraordinary writ, so as to not docket the plaintiff's writ with the supreme court, which indicted judges of this court for breaches of law. Furthermore, the plaintiff discovered that although one of her cases was docketed in the supreme Court, around January 2 2025, and she dropped off 10 copies of exhibits to accompany her complaints with the police at the Supreme Court on 21 January 2025, these exhibits were not on the docket either for Supreme Court case No. 24-6221, even as at 21 February 2025, when the plaintiff discovered the fraud. As part of the conspiracy to defraud, the federal judges sued have not even made an appearance, though their response was due on 2nd February 2025, and yet there is a scheduling conference for March 7- without the plaintiff's submitted exhibits , and without appearance by opposing counsels who were purportedly "served" by defendants 3 and 4.



3

Given the previous pattern of behavior of using abuse of discretion to not docket the plaintiff's cases, the plaintiff must construc the motive of this act to be a deliberate act of malice, with an intent to conspire to protect federal and state judges' unconscionable, unconstutional, wantonly reckless and illegal acts including judges from members of defendant 3's alma mater, Yale University. The 4th defendant co-signs on all fraudulent letters sent to the plaintiff to conspire to not docket the plaintiff's writ of certiorari and/or exhibits, under the pretext of discretion, but instead wielding actual fraud and malice against the plaintiff and in violation of the Supreme Court rules. Ms Nwosu also brings the claim of negligence against defendants 3 and 4 because, even if they were found to not be fraudulent, they are most certainly disabled and unfit for office for repeatedly they fail to read and understand simple english. For example, when the plaintiff takes a direct appeal to the Supreme court under Rule 18, the defendants write back and state they cannot understand what she has written, and talk about another rule entirely, like rul 23...(see exhibit of plainitff's direct appeal to the supreme court in her suit against the Four Seasons on Rule 18, and the aforementioned defendants mentally challenged response). The plaintiff pleads the claim of negligence against these two because their failure to disclose their developmental challenge, such as dyslexia, causes the plaintiff irreparable harm.

**Second Claim for Relief – Fraud/Negligent Misrepresentation and Gross Negligence 3 , 4, and 5.**

The plaintiff brings this complaint for gross negligence against Yale University, which claims to be an elite conscionable and premier academic institution but rather has rconsistently reresented the American government with graduates that act

4

contrary to its motto: Lux and Veritas (Light and Truth). As evidenced in the plaintiff's various suits across the country, including one against Yale University filed in July 29 2024, the plaintiff has been a victim of Yale's acecptances of briberies for admission instead of meritocracies, its alumni lying and acting duplicitously (see plaintiff's manifesto and other exhibits for the particulars of fraud and underlying complaint against Yale University 1:24-CV-02213). Under the doctrine of vicarious liability, the plaintiff can hold Yale responsible for the actions of its agents, for example Scott Harris above, especially when the acts of fraud, intentional and/or negligent misrepresentation of facts is the standard of their graduates, instead of the exception, and done to protect the entity's torts and crimes against humanity, including the widespread strategic oppression of the Black race through a cultist system of white collar criminals in the American government. Thus, the plaintiff brings the complaint of fraud against Yale university for holding itself out to be an institution of reputable esteem, rooted in light and truth, wherein in reality, its ethos is steeped in the opposite: darkness and lies. Furthermore the plaintiff brings the claim for gross negligence against the defendant 5 for repeatedly screening for and admitting into their institutions, persons with a propensity to comit fraudulent, illegal and unconscionable acts in society. Otherwise, how is it that a majority of their graduates are fraudulent? Further, the plaintiff pleads it is fraudulent to confer degrees upon persons/hire persons who have not proven beyond a doubt that they are not disabled, particularly by the virus of racism, which produces symptoms such as empathy psychopathy, hypermanic schizophrenia, to wield injustice against members of a certain race, all the while denying discrimination does not exist (see

plaintiff's suit in the court of federal claims 1:24-CV-02069-RMM). In the same vein, it is grossly negligent of the defendants 3 and 4 to pretend to be mentally fit, yet wield prejudicial acts that lend evidence to disability of racism, empathy psychopathy, and affiliated reactionary corollaries that accompany such disabilities such as fraud, abuse of discretion and other irrational acts to the detriment of social justice.

### Third Claim for Relief against Defendant 1

The plaintiff brings the claim of gross negligence against defendant 1, for failing to intervene to prevent the fraud on the account of defendants 3,4,5, to whom the plaintiff reported the aforementioned fraud. In her letters written in June 2024 and October 2024, the plaintiff pled with peculiarity the fraudulent acts of the defendant 3, as well as other federal judges, and institutions, for which they h ad jurisdiction to investigate. Yet true to the stereotype that defendant 1 only works to serve oligarchs and protect "powerful" institutions, the 1st defendant failed to intervene and the plaintiff suffered irreparable harm, and continued misconduct on the part of the 3rd, 4th and 5th defendant, and ultimately delay and denial of justice, and including a direct threat to her life by officers of defendants 2

### Fourth Claim for Relief against Defendant 2 and 7

On November 2nd – 3rd 2024, Ms Nwosu was fradulently removed from the United States, when attempting to enter the US on her valid US visa and unexpired passport. The Customs and Border Patrol Agents threatened to jail Ms Nwosu unless she perjured herself to admit she had committed a crime. When she refused, one officer Georgopulous reflexively placed his hand on his gun holster to withdraw his gun and aim at her. The four customs and border protection police officers repeatedly

attempted to get Ms Nwosu's chauffeur to leave her, for which Ms Nwosu perceived it was their intention to kill her. All four officers who detained Ms Nwosu for 6 hours, without a lawyer, signed on her behalf and without her consent, fraudulently accusing of entering the US without a valid US Visa and passport, i.e. a crime, were all <u>White</u>. Ms Nwosu is a Black, African woman. The full complaint of discrimination among other torts is attached as an exhibit. Ms Nwosu brings the claim of gross negligence and violation of title VI federal rights under the civil rights act of 1964, against the department of Homeland Security, of which these rights are not surrendered at the border. Ms Nwosu's US Visa was frauduelently revoked, and though the due process for expeditious removal was not followed, she was expeditiously removed and barred from entering the US for 5 years, because of the hate induced crimes of the CBP officers, who were so incensed that she could sue American companies like Hewlett Packard, who indirectly fund muslim extrimists, through violations of anti-trust laws in Nigeria. The intention/ulterior motive of the CBP was to bar her from litigating in the US and attending hearings. Ms Nwosu brings the claim of gross negligence against the Department of Homeland Security for failing to investigate her case, and yet closing in on December 24th 2024, only to re-open it <u>only after</u> she filed a lawsuit against the officers with the Department of Homeland Security on 9 Janury 2025. Ms Nwosu brings the claim of fraud against defendant 7 because of the actions of its agents, Judge Walter, clerk Maria Vazquez Robles, and Judge Sheri Pym, in the Central District of California, who acted in the absence of all jurisdiction to liaise with the department of Homeland Security to stall Ms Nwosu's case against them, refuse to issue summons agains the department of

7

Homeland Security, though she paid the court filing fees. Moreover the judges had absolutely no jurisdiction to ommunicate ex-parte with a defendant on the case, to the prejudice of the plaintiff, who continues to suffer harm. Additionally the plaintiff had declined consent to a magistrate judge under California code 28 U.S.C. § 636(c), before she transferred the case to Vermont, thus there was no jurisdiction fir her to take any action or decisions on on the case.

### Fifth Claim for Relief against Defendant 6

Ms Nwosu brings the claim of fraud and gross neglgience against defendant 6, wherein he was informed of the unconsitutional and fraudulent practices of various federal judges, including in his state of Maryland in 2024, who were unconstitutionally applying the laws to prejudice the economic advancement of the Black race. Senator Van Hollen, though receiving such breaches of law, apparently did nothing to bring forth impeachment hearings against such fraudulent and racist judges, though such powers of impeachment fall within the office of the Senate. Ms Nwosu pleads the claim of fraud in particular, because the US senator Van Hollen makes it a point of duty to post front and center on his website, photo ops with Black people, to make belief he cares about the social advancement and well being of the Black race. In reality, by way of ignoring the unsonscionable acts of the judges, he remains indifferent to the plight of people of African descendants and thus in reality, his indifference towards the prejudicial treatment of Black people, means he is quietly in agreement to racist values of White superiority, and cannot hold to his oath of office to make and apply laws that won't prejudice one race in particular. Furthermore, even when the plaintiff wrote to him sometime in November 2024, notifying him the US laws discriminatorily applies its "Expeditious removals" to

8

African descendants and other persons from developing economies only, and discriminatorily excludes "citizens" of the Western hemisphere from expeditious removal, despite the West developing off of slaves of African descendants, Senator Van Hollen did nothing. This law is racist and in conflict with pre-existing federal laws. Senator Van Hollen, US lawmaker for Maryland did nothing and probably supports Trump granting asylum to dutch descendants in South Africa, seeking asylum for purported unused land re-allocations to indigenous communities, which were stolen from them under the apartheid.

### Sixth Claim for Relief Against Defendant 8

The plaintiff brings this negligent misrepresentation claim for relief against defendant 8, whose motto it is to print "all news that is fit to print" and its mission is "to make each reader's life richer and more fulfilling, and **all of society** stronger and **more just.**" The plainitff brings the claim for relief of false advertising, and unfair business practices against the New York times for failing to live up to its social justice mission by discriminatorily failing to report the high quotidien occurencies of racism against Blacks persisting and permeating the very fibre of American society, and reverberated throughout the world. Only sensationalized media coverage of racism makes news, such as the killing of George Floyd, and even when racism is reported, it is on the fringes, in its own separate section of the New York times. Assuming tha the New York Times and been publishing about the mental health disability of racism, empathy psychopathy, and hyper manic schizophrenic symptoms that result from the disease, particularly among Whites, and taken on real investigative journalism, the world we live in would be more just, as it advertises. But so far as it publishes race and racism as one off , rare events , and from the perspective of the

9

oppressed, it fails to live up to its advertised mission of independence "to give news impartially… to follow the truth wherever it leads." And furthermore, in not reporting about the daily racial oppression and micro aggresions on the Black race, globally, it discriminates, because it implies such racial oppression is news that is [ not ] fit to print, and trivializes it to a "whiny' complaint by a population that apparently remains destitute despite being given a helping hand. Such discrimination may have been protected by its first amendment protections but for its advertised mission as stated above: the New York Times have failed to pick up stories such as the plaintiff's that expose the wanton racism in American society today, protected by US law makers, state and federal judges. Effectively there is a strategic, methodical socio-economic oppression and genocide of the Black race by Whites, globally. It won't continue because it's contrary to the order of Divine Creation.

## Conclusion

Ms Nwosu re-alleges and incorporates by reference each and every allegation contained above as though fully set forth herein, to state she has evidently suffered irreparable harm, humiliation, loss of economic revenue, and is entitled to the reliefs sought in her suits, including the vacation and reversals of fraudulent activity by racist judges/ judges seeking to protect a man made racial hierarchy of White Supremacy, across the country.

## Relief

Ms Nwosu is entitled to all the releifs in her underlying cases that have been unconstitutionally dismissed, stalled or otherwise decided against her illegally. The plaintiff seeks vacation of all fraudulent orders, including those listed in the exhibit "fraudulent orders" and monetary relief in excess of 2 billion USD. At this juncture,

for all the good Ms Nwosu has done for the US in revealing its corrupt system of oppression in the judiciary, all while trying to build wealth and undergo legitimate business in her home country, Ms Nwosu should be entitled to an American citizenship, one she has refused to obtain, because of the hostile US tax environment for persons of wealth.

### Exhibits

1. The plaintiff's undocketed writ of certiorari, blocked by Yale graduate Scott Harris, dropped of with the Federal police in August 2024. The writs were also blocked from being added as exhibits. The exhibits included fraud and breaches of law by federal judges including ex parte communications, for Supreme Court Case No. 24-6221, against Maryland state and federal judges, protecting the Montgomery police department and a White pscyhotic woman who perjured herself to the court and law enforcement officers to defame the plaintiff.
2. Plaintiff's direct appeal to the Supreme Court of her suit against the Four Seasons 2:24-cv-09100-SPG-SSC, which Scott Haris, Yale graduate is attempting to block.
3. Letter to Scott Harris asking why her exhibits to her supreme court case 24-6221 against law breaking federal judges was never docketed though received
4. The plaintiff's letter to the FBI in October 2024 informing them of criminal activity fraud, obstruction of justice and corruption in the American judiciary
5. Exhibit of The plaintiff's complaint against the Department of Homeland Security with case No. 2:24-CV-11071-JFW-SP in the Central District of California
6. Exhibit of the plaintiff's complaint of unlawful acts against the US judges in her court of federal claims
7. Exhibit of the plaintiff's suit against Yale University for discrimination in medical admissions with her recommendation letters which Yale changes its policy just so the plaintiff would not pursue an MD/JD degree.
8. Empathy Psychopathy: Medical Disability in the American Judiciary

9. The Plaintiff's Manifesto
10. Exhibit of List of fraudulent orders on the plaintiff's cases by US judges

Respecfully Submitted,

*[signature]*

Adaeze Nwosu
In Pro Per,
24 February 2025

## Certificate of Service

I certify that I served the following via 2 day priority US certified mail return receipt requested.
Respecfully Submitted,

*[signature]*

Adaeze Nwosu
In Pro Per,
24 February 2025